## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CORY STAMPS | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | |
| vs. | ) | |
| | ) | Madison County Circuit Court |
| CASEY'S GENERAL STORES, INC. | ) | Case No.   2022LA000679 |
| | ) | |
| Defendant. | ) | **NOTICE OF REMOVAL OF** |
| | ) | **ACTION UNDER 28 U.S.C.** |
| | ) | **§1441(b)** |
| | ) | **(DIVERSITY JURISDICTION)** |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Casey's General Stores, Inc. (hereinafter "***Defendant Casey's***"), by and through its counsel, files this Notice of Removal of this cause from the Madison County Circuit Court, Case No. 2022LA000679, where it is now pending, to The United States District Court for the Southern District of Illinois, East St. Louis Division and for grounds in support thereof, states as follows:

1. This action is removable to this Court pursuant to 28 U.S.C. § 1441(b) on the basis of Diversity Jurisdiction pursuant to 28 U.S.C. § 1332(a).

2. On information and belief, Plaintiff Corey Stamps ("***Plaintiff***") is a citizen of the State of Illinois.

3. Defendant Casey's is incorporated in the State of Iowa and maintains its principal place of business at One SE Convenience Boulevard, Ankeny, Iowa 50021, and is licensed to do business in Illinois.

4. On or about May 26, 2022, Plaintiff filed a Complaint naming Defendant Casey's, alleging personal injuries resulting from an claimed slip and fall by Mr. Stamps as a result of "an unnatural accumulation of ice while stepping out of his vehicle" at a convenience store located at 217 North Bluff Road, Collinsville, Illinois 62234.

5. Service was perfected on Defendant Casey's on or about June 1, 2022. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b). A complete copy of the Madison County Circuit Court file is attached hereto as Defendant Casey's **Exhibit A**.

6. On information and belief, Defendant Casey's believes that Plaintiff alleges he fractured an ankle in the fall, and claims he was required to miss several months of work as a result of the fall.

7. That based upon Plaintiff's Complaint and information known to Defendant Casey's, the jurisdictional limit for this Court has been met and that Defendant Casey's has reasonable probability from the pleadings and proof adduced to the Court before trial, that the Plaintiff's claimed damages is in excess of $75,000, exclusive of costs.

8. Based on Plaintiff's Complaint, undersigned counsel believes that Plaintiff's claimed damages are greater than the jurisdictional amount as Plaintiff alleges:

> [t]he Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.
> (See ¶12 of Plaintiff's Complaint).

9. That based on Defendant Casey's information and belief as well as the allegations of Plaintiff's Complaint of Plaintiff's "severe and permanent injuries", both "externally and internally", the loss of wages and allegations of incurring "large sums of money for medical care",

and the alleged need of future medical treatment alleged by the Plaintiff, there is evidence of a reasonable probability that Plaintiff's claim is in excess of $75,000, exclusive of interest and costs.

**WHEREFORE**, Defendant General Stores, Inc. notifies the Court of this Removal.

Dated: June 30, 2022

Respectfully submitted,

**TEASDALE & ASSOCIATES, LLC**

/s/ Douglas S. Teasdale
Douglas S. Teasdale, #6220226
5017 Washington Place, Suite 302
St. Louis, Missouri  63108
Tel:  (314) 725-5353
Fax:  (314) 454-0065
dteasdale@teasdalelaw.com
*Attorney for Defendant Casey's General Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June 2022, the foregoing document was filed electronically with the Clerk of the United States District Court for the Southern District of Illinois to be served by operation of the Court's electronic filing system upon:

John T. Hipskind,
Brady M. McAninch
HIPSKIND & McANINCH, LLC
5111 West Main Street
Belleville, IL 62226
P: 618-641-9189
F: 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
Email:  brady@hm-attorneys.com
*Attorneys for Plaintiff Cory Stamps*

/s/ Douglas S. Teasdale
Douglas S. Teasdale