EXHIBIT A

***EFILED
Case Number 2022LA0006
Date: 5/26/2022 12:18 F
Thomas McR
Clerk of Circuit Cor
Third Judicial Circuit, Madison County Illin

IN THE CIRCUIT COURT THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| CORY STAMPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 2022LA000679 |
| | ) | |
| CASEY'S GENERAL STORE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

A true copy of the original on file in my office
Attested to this 23 day of June 20 22
THOMAS McRAE
Clerk of the Circuit Court, 3rd Judicial Circuit
Madison County, Illinois
By Deputy Clerk

## COMPLAINT

NOW COMES the Plaintiff, Cory Stamps, by and through his attorneys, Hipskind & McAninch, LLC, and complaining of the Defendant, Casey's General Store, Inc., alleges as follows:

1. On or about January 21, 2022, the Plaintiff, Cory Stamps was lawfully upon the premises known as Casey's General Store located at 217 North Bluff Road, Collinsville, Madison County, State of Illinois.

2. On or about the aforementioned date, the Defendant, Casey's General Store Inc., (hereinafter referred to as "Casey's") owned, possessed, operated, managed, controlled, leased and maintained or had the duty to operate and manage, control and maintain the premises located at 217 North Bluff Road, Collinsville, Illinois 62234.

3. At the aforesaid time and place, the Defendant, Casey's, was under a duty to keep and maintain the premises in a reasonably safe condition for the safety of its patrons, in particular, the Plaintiff.

4. At all relevant times herein, there was gas pump area that was located on the premises at 217 North Bluff Road, Collinsville, Illinois 62234. This area of the premises is intended to be an area where individuals, including the Plaintiff, would purchase and put gas from the Defendant into their vehicles.

5. Defendant knew, or should have known, that its customers would walk around the gas pump area, before, after, or during the act of pumping gas.

6. At the aforesaid time and place, while attempting to exit his vehicle to pump gas at the Defendant's establishment, the Plaintiff was caused to fall due to an unnatural accumulation of ice while stepping out of his vehicle.

7. On and for some period of time prior to the Plaintiff's injury on January 21, 2022, the Defendant knew or should have known of the existence of said conditions present on said premises.

8. On and for some period of time prior to the Plaintiff's injury on January 21, 2022, said conditions presented an unreasonable risk of harm of persons walking upon said gas pump area.

9. On January 21, 2022, and for some time prior to the occurrence complained of, an unnatural accumulation of ice was present in the gas pump area.

10. Notwithstanding its duty at said time and place, the Defendant then and there committed one or more of the following careless and negligent acts and/or omissions, thus breaching its duty toward plaintiff:

   a. Carelessly and negligently failed to adequately inspect said gas pump area;

   b. Carelessly and negligently failed to adequately maintain said gas pump area;

   c. Carelessly and negligently, caused, allowed, and/or permitted a portion of such parking lot to unnaturally accumulate with ice;

   d. Carelessly and negligently failed to give timely and sufficient warning of the dangerous conditions of said gas pump area;

   e. Carelessly and negligently allowed and/or permitted portion of the gas pump area to become depressed or uneven;

2

    f. Carelessly and negligently failed to properly design and/or use proper materials in the building of the gas pump area;

    g. Carelessly and negligently failed to warn of the presence of said ice and said snow on said parking lot;

    h. Carelessly and negligently failed to adequately remove ice and/or spills of liquid in said gas pump area;

    i. Carelessly and negligently failed to provide a safe means of ingress and egress around the gas pump area;

    j. Carelessly and negligently failed to provide adequate lightning for said gas pump area; and

    k. Failed to call and request that anyone to have the parking lot treated to prevent spills from freezing causing an unnatural accumulation of ice.

11. As a direct and proximate result of one or more of the aforesaid careless, and negligent acts and/or omissions of the Defendant, Plaintiff Cory Stamps was caused to was caused to slip on the unnatural accumulation of ice in the area of the parking lot causing him serious personal injuries.

12. As a direct and proximate result of the aforesaid, careless and negligent acts and/or omissions of the Defendant, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, Cory Stamps prays for judgment in his favor and against the Defendant, Casey's, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and

3

costs of suit.

                Respectfully Submitted,

                **HIPSKIND & McANINCH, LLC**

By:   /s/ Brady McAninch
       John T. Hipskind, #6296743
       Brady M. McAninch, #6306542
       5111 West Main Street
       Belleville, IL 62226
       P: 618-641-9189
       F: 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
       brady@hm-attorneys.com
       *Attorneys for Plaintiff*

STATE OF ILLINOIS
IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS
155 N Main St., Edwardsville, IL 62025
(618)296-4420
madisoncountycircuitclerkIL.org

### 30 DAY SUMMONS

CORY STAMPS

PLAINTIFF

vs

CASEY'S GENERAL STORE, INC.

DEFENDANT

Date: May 26, 2022
Case No: **2022LA000679**

**DEFENDANT: CT CORPORATION (for Defendant Casey's General Store), 208 S. LASALLE ST., SUITE 814, CHICAGO, ILLINOIS 60604**

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, **within 30 days after this service of this summons**, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.          5/27/2022

Witness: , Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this May 26, 2022.

SEAL

/s/ Thomas McRae

Clerk of the Circuit Court

/s/ Stacey Turner
By:_____
Deputy Clerk

Plaintiff's Attorney
Brady McAninch
5111 West Main Street
Belleville, IL 62226

Date of Service:_____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual, and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884**

May 27, 2022

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CASE NUMBER: 2022 LA 000679

CORY STAMPS

Plaintiff(s)

VS.

CASEY'S GENERAL STORE INC

Defendant(s)



ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable SARAH SMITH for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: May 27, 2022

s/Bill Mudge
Chief Judge

***EFILED***
Case Number 2022LA000679
Date: 6/1/2022 9:48 AM
Thomas McRae
Clerk of Circuit Court

# AFFIDAVIT OF SERVICE

| Case: 2022LA000679 | Court: IN THE CIRCUIT COURT THIRD JUDICIAL CIRCUIT MADISON COUNTY, ILLINOIS | County: | Job: 7166479 (Complaint/Summons-Stamps v. Casey's General Store) Third Judicial Circuit, Madison County Illinois |
|---|---|---|---|
| Plaintiff / Petitioner: CORY STAMPS, | | Defendant / Respondent: CASEY'S GENERAL STORE, INC. | |
| Received by: Nationwide Investigations | | For: Hipskind & McAninch, LLC | |
| To be served upon: CASEY'S GENERAL STORE, INC. CT CORPORATION (for Defendant Casey's General Store), | | | |

I, Kyle Clutter, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Derek Hackett , Company: 208 S LA SLALE STREET SUITE 814, CHICAGO, IL 60604
**Manner of Service:** Authorized, Jun 1, 2022, 9:28 am CDT
**Documents:** Stmpd Summons_ Stamps C.pdf (Received May 31, 2022 at 12:15am CDT), FS Complaint_ Stamps C.pdf (Received May 31, 2022 at 12:15am CDT)

**Additional Comments:**
1) Successful Attempt: Jun 1, 2022, 9:28 am CDT at Company: 208 S LA SLALE STREET SUITE 814, CHICAGO, IL 60604 received by Derek Hackett . Relationship: Document Specialist ;

_____   06/01/2022
Kyle Clutter                              Date
115-002370

Nationwide Investigations
333 S Wabash Ave Suite 2700
Chicago, IL 60604
312-361-3598