UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORY STAMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>CASEY'S GENERAL STORES,<br><br>    Defendant. | Case No. 3:22-cv-1417-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Cory Stamps ("Plaintiff" or "Stamps") Motion for Leave to File Amended Complaint. (Doc. 15). Plaintiff initially filed this action against Casey's General Stores, Inc. ("Casey's General") (Doc. 1). Casey's General then filed a motion to dismiss on the basis that Casey's General conveyed the property where Plaintiff fell in 2004 to Casey's Retail Company and was therefore the incorrect defendant in this case. (Doc. 5).

Plaintiff requests leave to name the correct defendant as Casey's Retail Company. Plaintiff's motion indicates that he has "learned certain information regarding the proper name of Defendant and the ownership of the premises at issue, both of which require amendment Plaintiff's Complaint." (Doc. 15 at ¶ 2).

In general, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "There is a presumption that a plaintiff should have an opportunity to test a claim on the merits," *Lee v. N.E. Ill. Reg'l Commuter R.R. Corp.*, 912 F.3d 1049, 1052 (7th Cir. 2019), so "the court should freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2). Plaintiff filed its motion for leave on December 9, 2022. Pursuant to the local rules of the Southern District of Illinois, Casey's General's response was due in 14 days or by

December 23, 2022. Casey's General has filed no objection and the time for doing so has passed.

Finding that naming the correct entity as a defendant is in the interest of justice, and Casey's General does not oppose the motion, the Court **GRANTS** Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 15). Plaintiff is **ORDERED** to file its Amended Complaint within 7 days entry of this Order. Finding that the correct entity is now named as Defendant, the Court **FINDS AS MOOT** Casey General Stores, Inc. Motion to Dismiss (Doc. 5).

**IT IS SO ORDERED.**
**DATED:  January 4, 2023**

                                              /s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **U.S. DISTRICT JUDGE**