IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORY STAMPS,

Plaintiff,

v.

CASEY'S GENERAL STORES, INC.,

Defendant.

Case No. 22-cv-1417 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 2/27/2023**            MONICA A. STUMP, Clerk of Court

                      *s/ Tina Gray, Deputy Clerk*


**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**